ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: 415 882 5000
Facsimile: 415 882 0300

ANNE E. WADDELL (SBN 311388)
anne.waddell@dentons.com
4675 MacArthur Court, Suite 1250
Newport Beach, CA 92660
Telephone: 949 732 3700
Facsimile: 949 732 3739

MARK G. CALIFANO (*pro hac vice forthcoming*)
mark.califano@dentons.com
MATTHEW A. LAFFERMAN (*pro hac vice forthcoming*)
matthew.lafferman@dentons.com
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone: 202 496 7500

Attorneys For Petitioners
TERRAFORM LABS, PTE LTD, and DO HYEONG KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO PAYWARD, INC D/B/A KRAKEN<br><br>In Connection With:<br><br>Securities and Exchange Commission<br><br>    v.<br><br>Terraform Labs, PTE LTD, and Do Hyeong Kwon<br><br>Case No. 1:23-cv-01346<br>United States District Court<br>Southern District of New York | Case No. 3:23-mc-80248<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS OR, IN THE ALTERNATIVE, TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK**<br><br>Date:<br>Time:<br>Dept.:<br>Judge:<br><br>Date Action Filed: September 28, 2023<br>Trial Date: None Set |

# REQUEST FOR JUDICIAL NOTICE

Petitioners Terraform Labs Pte. Ltd. and Do Hyeong Kwon ("Petitioners") respectfully request that this Court take judicial notice of the following pleadings and orders of the United States District Court, Southern District of New York:

- Amended Complaint, ECF No. 25 in *SEC v. Terraform Labs, PTE LTD, and Do Hyeong Kwon*, U.S. District Court, Southern District of New York, Case No. 1:23-cv-01346 (Matthew Lafferman Decl., **Exhibit A**)

- Answer, ECF No. 53 in *SEC v. Terraform Labs, PTE LTD, and Do Hyeong Kwon*, U.S. District Court, Southern District of New York, Case No. 1:23-cv-01346 (Matthew Lafferman Decl., **Exhibit B**)

- Docket as of September 28, 2023 in *SEC v. Terraform Labs, PTE LTD, and Do Hyeong Kwon*, U.S. District Court, Southern District of New York, Case No. 1:23-cv-01346 (Matthew Lafferman Decl., **Exhibit C**).

- Civil Case Management Order, ECF No. 44 in *SEC v. Terraform Labs, PTE LTD, and Do Hyeong Kwon*, U.S. District Court, Southern District of New York, Case No. 1:23-cv-01346 (Matthew Lafferman Decl., **Exhibit D**)

## I. LEGAL STANDARD.

"Judicial notice under Rule 201 permits a court to notice an adjudicative fact if it is 'not subject to reasonable dispute.' " *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998 (9th Cir. 2018), cert. denied sub nom. *Hagan v. Khoja*, ⸺ U.S. ⸺, 139 S.Ct. 2615, 204 L.Ed.2d 264 (2019) (*citing* Fed. R. Evid. 201(b)). A fact is "not subject to reasonable dispute" if it "is generally known" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1)-(2). Courts "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

## II. COURT RECORDS ARE JUDICIALLY NOTICEABLE PUBLIC RECORDS.

Judicial notice is required here. Courts regularly take judicial notice of "undisputed matters of public record, including documents on file in federal or state courts." *Harris v. Cty. of Orange*, 682 F.3d 1126, 1131-32 (9th Cir. 2012) (internal citations omitted); *Lee v. City of Los Angeles*, 250

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

F.3d 668, 688-89 (9th Cir 2001). Exhibits A, B, C, and D attached to the Declaration of Matthew Lafferman are court records from *SEC v. Terraform Labs, PTE LTD, and Do Hyeong Kwon*, U.S. District Court, Southern District of New York, Case No. 1:23-cv-01346. These are publicly accessible from S.D.N.Y.'s PACER website. Because Petitioners supplied the Court with true and correct copies of court records, not subject to reasonable dispute, they meet the requirements of Rule 201(c)(2). Thus, the Court should judicially notice Exhibits A, B, C, and D attached to the Declaration of Matthew A. Lafferman.

Dated:  September 28, 2023

Respectfully submitted

DENTONS US LLP

By: _____*/s/ Anne E. Waddell*_____
            Anne E. Waddell

Attorney for TERRAFORM LABS, PTE LTD, and DO HYEONG KWON