1  ANDREW S. AZARMI  (SBN 241407)
   andrew.azarmi@dentons.com
2  DENTONS US LLP
   1999 Harrison Street, Suite 1300
3  Oakland, California  94612
   Telephone:     415 882 5000
4  Facsimile:     415 882 0300

5  ANNE E. WADDELL (SBN 311388)
   anne.waddell@dentons.com
6  4675 MACARTHUR COURT, SUITE 1250
   NEWPORT BEACH, CA 92660
7  Telephone:     949 732 3700
   Facsimile:     949 732 3739
8
   MARK G. CALIFANO (*pro hac vice forthcoming*)
9  mark.califano@dentons.com
   MATTHEW A. LAFFERMAN (*pro hac vice forthcoming*)
10 matthew.lafferman@dentons.com
   DENTONS US LLP
11 1900 K Street, NW
   Washington, DC 20006
12 Telephone:     202 496 7500

13 Attorneys For Petitioners
   TERRAFORM LABS, PTE LTD, and DO HYEONG KWON
14

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO PAYWARD, INC D/B/A KRAKEN<br><br>In Connection With:<br><br>Securities and Exchange Commission<br><br>v.<br><br>Terraform Labs, PTE LTD, and Do Hyeong Kwon<br><br>Case No. 1:23-cv-01346<br>United States District Court<br>Southern District of New York | Case No. 3:23-mc-80248<br><br>**[PROPOSED] ORDER GRANTING PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION COMPEL COMPLIANCE WITH SUBPOENA OR, IN THE ALTERNATIVE, TRANSFER TO SOUTHERN DISTRICT OF NEW YORK**<br><br>Date:<br>Time:<br>Dept.:<br>Judge:<br><br>Date Action Filed:  September 28, 2023<br>Trial Date: None Set |

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

Petitioners Terraform Labs, Pte Ltd, and Do Hyeong Kwon's ("Petitioners") Motion to Compel third party Payward, Inc., d/b/a Kraken ("Kraken") to comply with Petitioners' Subpoena to Produce Documents, Information, or Objects, Request for Production Number 4 or, in the alternative, to transfer to the Southern District of New York was heard on _____ at _:_ _.m. by this Court. Having considered all papers filed in support of and in opposition of the Motion, argument of counsel, all other pleadings and papers on file herein, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. Petitioners' motion to compel subpoena compliance is **GRANTED**;

2. Within 2 days of the date of this Order, Kraken is ORDERED to produce trading data on all wallet addresses identified as "Hot Wallets" in Petitioners' subpoena to Kraken ("the Subpoena") from May 6 to May 10, 2022 of all Terra Native Tokens (as defined in the Subpoena), in the same format as Kraken's prior production for Luna/USD and UST/USD, with one additional data field for anonymized client IDs; and

3. Petitioners' request for judicial notice is **GRANTED**. The Court takes judicial notice of the documents attached as Exhibits A, B C, and D attached to the Declaration of Matthew Lafferman.

[OR IN THE ALTERNATIVE]

1. Petitioners' motion to transfer to the Southern District of New York is **GRANTED**.

    **IT IS SO ORDERED.**

DATED: _____, 2023

_____
UNITED STATES DISTRICT JUDGE

CASE NO: 3:23-mc-80248                                        [PROPOSED] ORDER GRANTING MOTION
                                                                                             TO COMPEL
US_ACTIVE\125050023\V-1