ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone:    415 882 5000
Facsimile:     415 882 0300

ANNE E. WADDELL (SBN 311388)
anne.waddell@dentons.com
DENTONS US LLP
4675 MacArthur Court
Suite 1250
Newport Beach, CA 92660
Telephone:    949 732 3700
Facsimile:     949 732 3739

MARK G. CALIFANO (*pro hac vice forthcoming*)
mark.califano@dentons.com
MATTHEW A. LAFFERMAN (*pro hac vice forthcoming*)
matthew.lafferman@dentons.com
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone:    202 496 7500

Attorneys For Petitioners
TERRAFORM LABS PTE LTD, and DO HYEONG KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO PAYWARD, INC D/B/A KRAKEN<br><br>In Connection With:<br><br>Securities and Exchange Commission<br><br>v.<br><br>Terraform Labs PTE LTD, and Do Hyeong Kwon<br><br>Case No. 1:23-cv-01346<br>United States District Court<br>Southern District of New York | Case No. 3:23-mc-80248<br><br>**PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S CORPORATE DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1] AND CERTIFICATE OF INTERESTED ENTITIES [CIVIL LOCAL RULE 3-15]**<br><br>Date Action Filed:  September 28, 2023<br>Trial Date: None Set |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, the undersigned counsel of record for Petitioners Terraform Labs Pte. Ltd. and Do Hyeong Kwon makes the following disclosures:

Terraform Labs, Pte. Ltd. declares and certifies that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated:  September 28, 2023

Respectfully submitted,

DENTONS US LLP

By: _____*/s/ Anne E. Waddell*_____
             Anne E. Waddell

Attorney for Petitioners TERRAFORM LABS, PTE LTD, and DO HYEONG KWON