| | |
|---|---|
| 1 | ANDREW S. AZARMI (SBN 241407) |
| | andrew.azarmi@dentons.com |
| 2 | DENTONS US LLP |
| | 1999 Harrison Street, Suite 1300 |
| 3 | Oakland, California  94612 |
| | Telephone:      415 882 5000 |
| 4 | Facsimile:       415 882 0300 |
| 5 | ANNE E. WADDELL (SBN 311388) |
| | anne.waddell@dentons.com |
| 6 | DENTONS US LLP |
| | 4675 Macarthur Court |
| 7 | Suite 1250 |
| | Newport Beach, CA 92660 |
| 8 | Telephone:       949 732 3700 |
| | Facsimile:        949 732 3739 |
| 9 | |
| 10 | MARK G. CALIFANO (*pro hac vice forthcoming*) |
| | mark.califano@dentons.com |
| | MATTHEW A. LAFFERMAN (*pro hac vice forthcoming*) |
| 11 | matthew.lafferman@dentons.com |
| | DENTONS US LLP |
| 12 | 1900 K Street, NW |
| | Washington, DC 20006 |
| 13 | Telephone:       202 496 7500 |
| 14 | Attorneys For Petitioners |
| | TERRAFORM LABS, PTE LTD, and DO HYEONG KWON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO PAYWARD, INC D/B/A KRAKEN | Case No. 3:23-mc-80248 |
| | **CERTIFICATE OF SERVICE** |
| In Connection With: | |
| Securities and Exchange Commission | |
| | Date Action Filed:  September 28, 2023 |
| v. | Trial Date: None Set |
| Terraform Labs, PTE LTD, and Do Hyeong Kwon | |
| Case No. 1:23-cv-01346 | |
| United States District Court | |
| Southern District of New York | |

Case No. 3:23-mc-80248

# CERTIFICATE OF SERVICE

I am employed in the City of Oakland, County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1999 Harrison Street, Suite 1300, Oakland, CA 94612-4709.

On September 28, 2023, I caused to be served the following document(s) described as

1. **NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OR FOR TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK; MEMORANDUM OF POINTS AND AUTHORITIES**

2. **DECLARATION OF MATTHEW A. LAFFERMAN IN SUPPORT OF PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OR, IN THE ALTERNATIVE, TRANSFER TO S.D.N.Y. (EXHIBITS A-O)**

3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS OR, IN THE ALTERNATIVE, TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK**

4. **PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S CORPORATE DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1] AND CERTIFICATE OF INTERESTED ENTITIES [CIVIL LOCAL RULE 3-15**

5. **CIVIL COVER SHEET**

6. **[PROPOSED] ORDER GRANTING PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION COMPEL COMPLIANCE WITH SUBPOENA OR, IN THE ALTERNATIVE, TRANSFER TO SOUTHERN DISTRICT OF NEW YORK**

upon counsel named below by emailing a true and correct copy to the addresses specified below. Counsel specified below have confirmed in writing their agreement to accept service by email.

| COUNSEL FOR RESPONDENT | Email addresses: |
|---|---|
| Daniel Clarkson<br>Marco Santori<br>Michael O'Connor<br>**Payward, Inc., d/b/a "Kraken"**<br>c/o California Corporate Agents, Inc.,<br>2108 N. Street, Ste. C<br>Sacramento, CA  95816 | daniel.clarkson@kraken.com<br>marco@kraken.com<br>michaelo@kraken.com<br>legal@kraken.com |

**BY EMAIL**:  By electronically mailing a true and correct copy through Dentons US LLP's electronic mail system from adrienne.hankins@dentons.com to the email addresses set forth above.

Case No. 3:23-mc-80248

Executed on September 28, 2023, at Bay Point, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Adrienne Hankins