ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone:    415 882 5000
Facsimile:    415 882 0300

ANNE E. WADDELL (SBN 311388)
anne.waddell@dentons.com
4675 Macarthur Court, Suite 1250
Newport Beach, CA 92660
Telephone:    949 732 3700
Facsimile:    949 732 3739

MARK G. CALIFANO (*pro hac vice forthcoming*)
mark.califano@dentons.com
MATTHEW A. LAFFERMAN (*pro hac vice forthcoming*)
matthew.lafferman@dentons.com
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone:    202 496 7500

Attorneys For Petitioners
TERRAFORM LABS, PTE LTD, and DO HYEONG KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO PAYWARD, INC D/B/A KRAKEN<br><br>In Connection With:<br><br>Securities and Exchange Commission<br><br>v.<br><br>Terraform Labs, PTE LTD, and Do Hyeong Kwon<br><br>Case No. 1:23-cv-01346<br>United States District Court<br>Southern District of New York | Case No. 4:23-mc-80248-KAW<br><br>**PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S AMENDED NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OR FOR TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK**<br><br>Date:   November 16, 2023<br>Time:   1:30 p.m.<br><br>Judge: Hon. Kandis A. Westmore<br><br>Date Action Filed:  September 28, 2023<br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 16, 2023, at 1:30 p.m., or as soon thereafter as this matter may be heard, in the above-entitled Court located at the 1301 Clay Street, Oakland, California, Courtroom TBD,[1] before the Honorable Magistrate Judge Kandis A. Westmore, Petitioners Terraform Labs Pte. Ltd. and Do Hyeong Kwon ("Petitioners") will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 45, for an order:

  1. Compelling third party Payward, Inc., d/b/a Kraken ("Kraken") to comply with Subpoena to Produce Documents, Information, or Objects, Request for Production Number 4; or, in the alternative

  2. Transferring this Motion to the United States District court for the Southern District of New York pursuant to Fed. R. Civ. P. 45(f).

This Motion was filed and served on September 28, 2023 and initiated this action. *See* ECF 1, 3. On September 29, 2023, the Court issued a notice of judicial assignment, assigning this action to Magistrate Judge Kandis A. Westmore. *See* ECF 4. Based on this judicial assignment, Petitioners file this amended notice of Motion to set hearing on a date that comports with Magistrate Judge Westmore's standing orders and schedule.

This Motion is based upon this Amended Notice of Motion, the previously filed Notice and Motion (ECF 1), the previously filed Memorandum of Points and Authorities (*id.*), the previously filed declaration of Matthew Lafferman with attached exhibits (ECF 1-1, 1-2), the previously filed request for judicial notice (1-3), oral argument of counsel at hearing, all pleadings and papers on file in this action, and any other matters the Court may properly consider by judicial notice or otherwise.

---

[1] Magistrate Judge Westmore's website provides the following: "Judge Westmore will continue to hold hearings by Zoom or teleconference, and will not resume in-person proceedings until further notice. See Judge Westmore's calendar for connection information." https://www.cand.uscourts.gov/judges/westmore-kandis-a-kaw/ (last accessed September 29, 2023).

Case No. 4:23-mc-80248-KAW  AMENDED NOTICE OF MOTION TO COMPEL OR TRANSFER

US_ACTIVE\125055930\V-1

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

| | | |
|---|---|---|
| 1 | Dated: September 29, 2023 | Respectfully submitted, |
| 2 | | DENTONS US LLP |
| 4 | | By: */s/ Anne E. Waddell* |
| 5 | | Anne E. Waddell |
| 6 | | Attorney for Petitioners TERRAFORM LABS, PTE LTD, and DO HYEONG KWON |

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

Case No. 4:23-mc-80248-KAW   - 3 -   AMENDED NOTICE OF MOTION TO COMPEL OR TRANSFER

US_ACTIVE\125055930\V-1