ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: 415 882 5000
Facsimile: 415 882 0300

ANNE E. WADDELL (SBN 311388)
anne.waddell@dentons.com
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CA 92660
Telephone: 949 732 3700
Facsimile: 949 732 3739

MARK G. CALIFANO (*pro hac vice forthcoming*)
mark.califano@dentons.com
MATTHEW A. LAFFERMAN (*pro hac vice forthcoming*)
matthew.lafferman@dentons.com
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone: 202 496 7500

Attorneys For Petitioners
TERRAFORM LABS, PTE LTD, and DO HYEONG KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO PAYWARD, INC D/B/A KRAKEN<br><br>In Connection With:<br><br>Securities and Exchange Commission<br><br>    v.<br><br>Terraform Labs, PTE LTD, and Do Hyeong Kwon<br><br>Case No. 1:23-cv-01346<br>United States District Court<br>Southern District of New York | Case No. 4:23-mc-80248-KAW<br><br>**[PROPOSED] ORDER GRANTING PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION COMPEL COMPLIANCE WITH SUBPOENA OR, IN THE ALTERNATIVE, TRANSFER TO SOUTHERN DISTRICT OF NEW YORK**<br><br>Date: November 16, 2023<br>Time: 1:30 p.m.<br><br>Judge: Hon. Kandis A. Westmore<br><br>Date Action Filed: September 28, 2023<br>Trial Date: None Set |

Petitioners Terraform Labs, Pte Ltd, and Do Hyeong Kwon's ("Petitioners") Motion to Compel third party Payward, Inc., d/b/a Kraken ("Kraken") to comply with Petitioners' Subpoena to Produce Documents, Information, or Objects, Request for Production Number 4 or, in the alternative, to transfer to the Southern District of New York was heard on _____ at _:__ _.m. by this Court. Having considered all papers filed in support of and in opposition of the Motion, argument of counsel, all other pleadings and papers on file herein, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. Petitioners' motion to compel subpoena compliance is **GRANTED**;

2. Within 2 days of the date of this Order, Kraken is ORDERED to produce trading data on all wallet addresses identified as "Hot Wallets" in Petitioners' subpoena to Kraken ("the Subpoena") from May 6 to May 10, 2022 of all Terra Native Tokens (as defined in the Subpoena), in the same format as Kraken's prior production for Luna/USD and UST/USD, with one additional data field for anonymized client IDs; and

3. Petitioners' request for judicial notice is **GRANTED**. The Court takes judicial notice of the documents attached as Exhibits A, B C, and D attached to the Declaration of Matthew Lafferman.

[OR IN THE ALTERNATIVE]

1. Petitioners' motion to transfer to the Southern District of New York is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____, 2023

MAGISTRATE JUDGE KANDIS A. WESTMORE

CASE NO: 4:23-mc-80248-KAW                    [PROPOSED] ORDER GRANTING MOTION TO COMPEL

US_ACTIVE\125050023\V-1