ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: 415 882 5000
Facsimile: 415 882 0300

ANNE E. WADDELL (SBN 311388)
anne.waddell@dentons.com
4675 Macarthur Court, Suite 1250
Newport Beach, CA 92660
Telephone: 949 732 3700
Facsimile: 949 732 3739

MARK G. CALIFANO (*pro hac vice forthcoming*)
mark.califano@dentons.com
MATTHEW A. LAFFERMAN (*pro hac vice forthcoming*)
matthew.lafferman@dentons.com
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone: 202 496 7500

Attorneys For Petitioners
TERRAFORM LABS, PTE LTD, and DO HYEONG KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO PAYWARD, INC D/B/A KRAKEN<br><br>In Connection With:<br><br>Securities and Exchange Commission<br><br>    v.<br><br>Terraform Labs, PTE LTD, and Do Hyeong Kwon<br><br>Case No. 1:23-cv-01346<br>United States District Court<br>Southern District of New York | Case No. 4:23-mc-80248-KAW<br><br>**PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING (CIV. L.R. 7-11)**<br><br>Date: October 4, 2023<br>(no hearing per Civ. L.R. 7-11(c))<br><br>Judge: Hon. Kandis A. Westmore<br><br>Date Action Filed: September 28, 2023<br>Trial Date: None Set |

## I. INTRODUCTION

Petitioners Terraform Labs, PTE LTD ("TFL") and Do Hyeong Kwon (collectively with TFL, "Petitioners") bring this motion to respectfully request a shortened hearing schedule for Petitioners' pending motion for an order compelling Kraken to comply with the Subpoena or, in the alternative, to transfer to the Southern District of New York ("Motion to Compel or Transfer"). The current deadline to complete discovery in the underlying action *Securities and Exchange Commission v. Terraform Labs, PTE LTD, and Do Hyeong Kwon*, U.S. District Court, Southern District of New York, Case No. 1:23-cv-01346 ("Underlying Action") is **October 13, 2023**. Petitioners spent almost two months attempting to informally resolve this matter without Court intervention. Yet, Petitioners—through no fault of their own—still do not have the necessary documents responsive to the Subpoena they served on third party Payward, Inc., d/b/a Kraken ("Kraken"). Because Petitioners' motion for an order compelling Kraken to comply with the Subpoena or, in the alternative, to transfer to the Southern District of New York ("Motion to Compel or Transfer") is currently set for November 16, 2023—approximately 34 days after the close of discovery in the Underlying Action—this Court should grant Petitioner's request for a shortened hearing schedule so that the Motion to Compel or Transfer is heard October 10, 2023 (*i.e.*, before the October 13, 2023 fact discovery cut-off).

## II. FACTUAL BACKGROUND[1]

On February 16, 2023, the Securities and Exchange Commission initiated a civil action against Petitioners currently pending in the Southern District of New York and captioned *Securities and Exchange Commission v. Terraform Labs, PTE LTD, and Do Hyeong Kwon*, U.S. District Court, Southern District of New York, Case No. 1:23-cv-01346 ("Underlying Action"). Decl. of Matthew A. Lafferman ("Lafferman Decl.") ¶ 4 & Ex. C. The Underlying Action was assigned to U.S. District Court Judge, Southern District of New York, Honorable Jed. S. Rakoff ("Judge Rakoff"). *Id.* The SEC filed an amended complaint

---

[1] A more detailed Statement of Facts can be found in the Petitioners Motion to Compel filed in this action. ECF 1.

DENTONS US LLP
4675 MACARTHUR COURT, SUITE 1250
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

in April of this year and Petitioners filed a subsequent motion to dismiss on April 21, 2023. *Id.* On June 28, 2023, issued a Civil Case Management Plan that recognized an accelerated discovery schedule. *Id.* Despite the case being filed in February 2023 and Petitioners' Motion to Dismiss still pending at the time, discovery was scheduled to end in October 13, 2023 with the parties being expected to be prepared for trial on November 30, 2023. *Id.* ¶ 5 & Ex. C, D.

On June 28, 2023—the same day that Judge Rakoff issued his Civil Case Management Plan—service of a Rule 45 document subpoena (the "Subpoena") was executed on the third party and cryptocurrency exchange Kraken, requiring a response by July 28, 2023. *Id.* ¶ 6. Kraken belatedly served objections on July 28, 2023. *Id.* ¶ 7. Notwithstanding this waiver, Petitioners worked in good faith over the next month-and-a-half to narrow the scope of the Subpoena in response to Kraken's expressed concerns. Specifically, from August 2, 2023 through September 26, 2023, Petitioners engaged in efforts to meet and confer with Kraken via email and Zoom over a dozen times. *Id.* ¶¶ 8–19 & Exs. H–O. As a result of the failed meet and confer efforts, Petitioners filed the Motion to Compel or Transfer on September 28, 2023. ECF No. 1. Hearing was set for November 16, 2023.

### III.    ARGUMENT

Petitioners seek to have their Motion to Compel or Transfer heard before October 13, 2023. Counsel is aware of the importance of truly having good cause before requesting what is essentially *ex parte* relief. *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995) ("Lawyers must understand that filing an ex parte motion, whether of the pure or hybrid type, is the forensic equivalent of standing in a crowded theater and shouting, "Fire!" There had better be a fire.").

Here, good cause exists as discovery must be completed in the Underlying Action on October 13, 2023. If Petitioners do not receive the requested materials from Kraken, Petitioners may be deprived of material discovery. First, as described fully in Petitioners' Motion to Compel or Transfer, ECF 1, the materials sought are directly relevant to

Petitioners' defenses to the SEC's fraud allegations in the Underlying Allegation. Second, if not received prior to the October 13, 2023 deadline, it is unclear whether Petitioners will have the opportunity to obtain the necessary discovery or fully examine and analyze the whether the produced materials show that further third party discovery of other targets is necessary. Third, Petitioners have moved swiftly in this matter. The Underlying Action was initiated by the SEC on February 16, 2023 who then filed an amended complaint in April 2023. Lafferman Decl. ¶ 4 & Ex. C. Shortly thereafter, Petitioners filed a motion to dismiss, which was eventually denied by the Court on July 31, 2023. *Id.* On June 28, 2023, Judge Rakoff—before issuing on order on Petitioners' motion to dismiss—issued the Civil Case Management Order. *Id.* ¶¶ 4–5 & Ex. C. Petitioners served Kraken with the Subpoena *that same day*. Kraken did not respond until July 28, 2023 and, in an effort to cooperate with Kraken and satisfy the obligations under Rule 45 of the Federal Rules of Civil Procure, Petitioners engaged in meet and confer processes until very recently in order to avoid Court intervention. Thus, Petitioners have been diligent in their efforts to obtain this necessary discovery. Accordingly, good cause exists to move up the hearing on Petitioners' Motion to Compel or Transfer to October 10, 2023 (*i.e.*, before October 13, 2023).

## IV. CONCLUSION

For these reasons, Petitioners respectfully request that the Court grant this motion and set hearing on Petitioners' Motion to Compel or Transfer to October 10, 2023.

Dated: September 29, 2023

Respectfully submitted,

DENTONS US LLP


By: __/s/ Anne E. Waddell__
    Anne E. Waddell
Attorney for Petitioners TERRAFORM LABS, PTE LTD, and DO HYEONG KWON