ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone:    415 882 5000
Facsimile:    415 882 0300

ANNE E. WADDELL (SBN 311388)
anne.waddell@dentons.com
4675 Macarthur Court, Suite 1250
Newport Beach, CA 92660
Telephone:    949 732 3700
Facsimile:    949 732 3739

MARK G. CALIFANO (*pro hac vice forthcoming*)
mark.califano@dentons.com
MATTHEW A. LAFFERMAN (*pro hac vice forthcoming*)
matthew.lafferman@dentons.com
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone:    202 496 7500

Attorneys For Petitioners
TERRAFORM LABS, PTE LTD, and DO HYEONG KWON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO PAYWARD, INC D/B/A KRAKEN<br><br>In Connection With:<br><br>Securities and Exchange Commission<br><br>    v.<br><br>Terraform Labs, PTE LTD, and Do Hyeong Kwon<br><br>Case No. 1:23-cv-01346<br>United States District Court<br>Southern District of New York | Case No. 4:23-mc-80248-KAW<br><br>**[PROPOSED] ORDER GRANTING PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING**<br><br>Date:  October 4, 2023<br>(no hearing per Civ. L.R. 7-11(c))<br><br>Judge: Hon. Kandis A. Westmore<br><br>Date Action Filed:  September 28, 2023<br>Trial Date: None Set |

CASE NO: 4:23-mc-80248-KAW       [PROPOSED] ORDER GRANTING MOTION
                                 ADMINISTRATIVE RELIEF

US_ACTIVE\125055673\V-2

Petitioners Terraform Labs, Pte Ltd, and Do Hyeong Kwon's ("Petitioners") filed a Motion for Administrative Relief to move up the hearing on Petitioners' Motion to Compel third party Payward, Inc., d/b/a Kraken ("Kraken") to comply with Petitioners' Subpoena to Produce Documents, Information, or Objects, Request for Production Number 4, or in the alternative, to Transfer to the Southern District of New York ("Motion to Compel or Transfer"). Having considered all papers filed in support of and in opposition of the Motion, argument of counsel, all other pleadings and papers on file herein, and good cause appearing, **IT IS HEREBY ORDERED THAT:**

    1.    Petitioners' motion to for administrative relief is **GRANTED**.

    2.    The Court will hear Petitioners' Motion to Compel or Transfer on October 10, 2023.

    a.    Kraken's opposition to Petitioners' Motion to Compel or Transfer, if any, must be filed and served no later than October 6, 2023.

    b.    Petitioners' reply in support of their Motion to Compel or Transfer, if any, must be filed and served no later than October 9, 2023.

**IT IS SO ORDERED.**

DATED: _____, 2023

MAGISTRATE JUDGE KANDIS A. WESTMORE