ANDREW S. AZARMI  (SBN 241407)
andrew.azarmi@dentons.com
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California  94612
Telephone:     415 882 5000
Facsimile:      415 882 0300

ANNE E. WADDELL (SBN 311388)
anne.waddell@dentons.com
DENTONS US LLP
4675 Macarthur Court
Suite 1250
Newport Beach, CA 92660
Telephone:     949 732 3700
Facsimile:      949 732 3739

MARK G. CALIFANO (*pro hac vice forthcoming*)
mark.califano@dentons.com
MATTHEW A. LAFFERMAN (*pro hac vice forthcoming*)
matthew.lafferman@dentons.com
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Telephone:     202 496 7500

Attorneys For Petitioners
TERRAFORM LABS, PTE LTD, and DO HYEONG KWON

DENTONS US LLP
4675 MACARTHUR COURT
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SUBPOENA TO PAYWARD, INC D/B/A KRAKEN | Case No. 4:23-mc-80248-KAW |
| In Connection With: | **CERTIFICATE OF SERVICE** |
| Securities and Exchange Commission | |
| v. | Date Action Filed:  September 28, 2023<br>Trial Date: None Set |
| Terraform Labs, PTE LTD, and Do Hyeong Kwon | |
| Case No. 1:23-cv-01346<br>United States District Court<br>Southern District of New York | |

Case No. 4:23-mc-80248-KAW

## CERTIFICATE OF SERVICE

I am employed in the City of Oakland, County of Alameda, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 1999 Harrison Street, Suite 1300, Oakland, CA 94612-4709.

On September 29, 2023, I caused to be served the following document(s) described as

1. **PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING (CIV. L.R. 7-11)**

2. **DECLARATION OF MATTHEW A. LAFFERMAN IN SUPPORT OF PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING (EXHIBITS A-O)**

3. **[PROPOSED] ORDER GRANTING PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING**

4. **PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S AMENDED NOTICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA OR FOR TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK**

5. **[PROPOSED] ORDER GRANTING PETITIONERS TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION COMPEL COMPLIANCE WITH SUBPOENA OR, IN THE ALTERNATIVE, TRANSFER TO SOUTHERN DISTRICT OF NEW YORK**

upon counsel named below by emailing a true and correct copy to the addresses specified below. Counsel specified below have confirmed in writing their agreement to accept service by email.

| COUNSEL FOR RESPONDENT | Email addresses: |
|---|---|
| Daniel Clarkson<br>Marco Santori<br>Michael O'Connor<br>**Payward, Inc., d/b/a "Kraken"**<br>c/o California Corporate<br>Agents, Inc.,<br>2108 N. Street, Ste. C<br>Sacramento, CA  95816 | daniel.clarkson@kraken.com<br>marco@kraken.com<br>michaelo@kraken.com<br>legal@kraken.com |

**BY EMAIL**:  By electronically mailing a true and correct copy through Dentons US LLP's electronic mail system from adrienne.hankins@dentons.com to the email addresses set forth above.

DENTONS US LLP
4675 MACARTHUR COURT
NEWPORT BEACH, CALIFORNIA 92660
949 732 3700

1

Executed on September 29, 2023, at Bay Point, California.

2

I declare that I am employed in the office of a member of the bar of this Court at whose

3

direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4

5

_____
                        Adrienne Hankins

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dentons US LLP
4675 MacArthur Court, Suite 1250
Newport Beach, California  92660
415 882 5000