1  Robert S. Sandoval (SBN: 311032)
2  Payward, Inc.
   100 Pine St Suite 1250
3  San Francisco, CA 94111
   robert.sandoval@kraken.com
4  (707) 647-4824
5
   *Attorney for Payward, Inc., d/b/a*
6  *Kraken Digital Asset Exchange*
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| IN RE: SUBPOENA TO PAYWARD, INC. D/B/A KRAKEN | Case No. 4:23-mc-80248-KAW<br><br>**DECLARATION OF ROBERT S. SANDOVAL IN SUPPORT OF PAYWARD INC.'S OPPOSITION TO PETITIONER TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING (CIV. L.R. 7-11)** |

.

Declaration of Robert S. Sandoval in Support of Opposition to Motion for Administrative Relief to Expedite Hearing

## DECLARATION OF ROBERT S. SANDOVAL

I, Robert S. Sandoval, pursuant to 28 U.S.C § 1746, hereby declare as follows:

1. I am an attorney who is a member in good standing of the Bar of the State of California. I am an employee of Payward, Inc., d/b/a Kraken Digital Asset Exchange ("Kraken") and serve as in-house counsel for Kraken. I submit this declaration in accordance with Civil Local Rule 6-3(b). For a more fulsome explanation of Kraken's arguments, please see the Opposition brief.

2. As an initial matter, Kraken opposes the relief sought by Petitioners for an expedited briefing and hearing schedule because it is not available through an administrative motion filed under Local Rule 7-11, but rather is directly governed by Local Rule 6-3. *See* Civ. L.R. 7-11 ("The Court recognizes that during the course of case proceedings a party may require a Court order with respect to miscellaneous administrative matters, ***not otherwise governed by a federal statute, Federal Rule, local rule***, or standing order of the assigned Judge." (emphasis added)).

3. Further, Kraken opposes Petitioners' motion because any time pressure has been created by Petitioners' own shifting discovery position. Petitioners themselves have created their purported time crunch by shifting the scope of their demands during the meet and confer processes. If Petitioners' theory was that the UST de-peg lasted from May 6 through May 10, 2022; and that trading data for that entire range was critical for their defense, they should have stated that position on or shortly after August 30, 2023, when Kraken informed them of the precise scope of its intended production.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of October, 2023, in San Rafael, California.

*/s/ Robert S. Sandoval*  
Robert S. Sandoval

.

Declaration of Robert S. Sandoval in Support of Opposition to Motion for Administrative Relief to Expedite Hearing