Robert S. Sandoval (SBN: 311032)
Payward, Inc.
100 Pine St Suite 1250
San Francisco, CA 94111
robert.sandoval@kraken.com
(707) 647-4824

*Attorney for Payward, Inc., d/b/a
Kraken Digital Asset Exchange*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO PAYWARD, INC. D/B/A KRAKEN | Case No. 4:23-mc-80248-KAW<br><br>**CERTIFICATE OF SERVICE** |

.

# CERTIFICATE OF SERVICE

I am an employee of Payward, Inc., d/b/a Kraken Digital Asset Exchange ("Kraken"). I am over the age of eighteen years and not a party to the within action. Kraken's business address is 100 Pine St Suite 1250, San Francisco, CA 94111.

On October 3, 2023, I caused to be served the following document(s) described as:

1. **PAYWARD INC.'S OPPOSITION TO PETITIONER TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING (CIV. L.R. 7-11)**

2. **DECLARATION OF ROBERT S. SANDOVAL IN SUPPORT OF PAYWARD INC.'S OPPOSITION TO PETITIONER TERRAFORM LABS, PTE LTD, AND DO HYEONG KWON'S MOTION FOR ADMINISTRATIVE RELIEF TO EXPEDITE HEARING (CIV. L.R. 7-11)**

upon counsel named below by emailing a true and correct copy to the addresses specified below.

| Counsel for Respondent | Email addresses: |
|---|---|
| ANDREW S. AZARMI | andrew.azarmi@dentons.com |
| ANNE E. WADDELL | anne.waddell@dentons.com |
| MARK G. CALIFANO | mark.califano@dentons.com |
| MATTHEW A. LAFFERMAN | matthew.lafferman@dentons.com |

**BY EMAIL:** By electronically mailing a true and correct copy through Kraken's electronic mail system from rebekah.long@kraken.com to the email addresses set forth above.

Executed on October 3, 2023, at West Jordan, Utah.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Rebekah Long

.