UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA TO PAYWARD, INC. D/B/A KRAKEN, | Case No. 23-mc-80248-KAW<br><br>**ORDER TRANSFERRING MOTION TO COMPEL; TERMINATING MOTION TO EXPEDITE HEARING DATE**<br><br>Re: Dkt. Nos. 1, 6 |

On September 28, 2023, Petitioners Terraform Labs Ptd. Ltd. and Do Hyeong Kwon moved to compel Respondent Payward, Inc., d/b/a Kraken to comply with a subpoena served in connection with a pending action in the United States District Court for the Southern District of New York, *Securities and Exchange Commission v. Terraform Labs PTD LTD.*, Case No. 1:23-cv-01346 (JSR). (Dkt. No. 1.) In the alternative, Petitioners sought to transfer the motion to the Southern District of New York to be resolved by the presiding judge in the underlying action. On September 29, 2023, Petitioners filed a motion for administrative relief to expedite a hearing on their motion to compel. (Dkt. No. 6.) Respondent has filed an opposition to the motion to expedite a hearing. (Dkt. No. 10.)

Subpoenas are governed by Federal Rule of Civil Procedure 45, and Rule 45(f) provides that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." The Court finds that exceptional circumstances warrant transfer in this case. The Advisory Committee Notes to the 2013 Amendments to Rule 45 explain that "transfer may be warranted in order to avoid disrupting the issuing court's management of the underlying litigation." In moving for an expedited hearing, Petitioners explain that the discovery

1  deadline is October 13, 2023, and that trial is currently set for November 16, 2023.  (Dkt. No. 6 at
2  2.)  Thus, the outcome of the motion to compel may have a significant impact on current discovery
3  deadlines and the parties' trial preparation, such that this matter is best decided in the Southern
4  District of New York.  *See In re Subpoena to Kia Motors Am., Inc.*, No. SACV 14-315 JLS
5  (RNBx), 2014 WL 2118897, at *1 (C.D. Cal. Mar. 6, 2014) (finding motion to compel compliance
6  with subpoena was "best decided by the court with control over the discovery cut-off deadline").
7  Further, Petitioners explain that they have similar outstanding subpoenas where the same issue
8  may arise, such that transfer will allow for consistent rulings.  (Dkt. No. 1 at 12.)

   Accordingly, the Clerk of the Court is directed to TRANSFER this case to the Southern District of New York for resolution in the pending matter of *Securities and Exchange Commission v. Terraform Labs PTD LTD*, Case No. 1:23-cv-01346 (JSR).  The Court TERMINATES the motion to expedite as moot.

   IT IS SO ORDERED.

Dated: October 5, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2